IRWIN ISAACS, Respondent, v. BROOKLYN DAILY EAGLE CORPORATION, Appellant, Impleaded with Others.— Order so far as appealed from affirmed, with ten dollars costs and disbursements, with leave to defendant, appellant, to serve an amended answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

IRWIN ISAACS, Appellant, v. BROOKLYN DAILY EAGLE CORPORATION, Respondent, Impleaded with Others.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

MURRAY B. MACHLIN, Suing for Himself as Stockholder and All Other Stockholders of the INTERNATIONAL GERMANIC COMPANY, LTD., a New York Corporation, Respondent, v. ARTHUR GALSTON and Others, Defendants, Impleaded with C. SEDGWICK LEVY, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements, with leave to defendant C. Sedgwick Levy to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

SHUBERT THEATRE CORPORATION, Appellant, v. LIFE PUBLISHING COMPANY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

SAMUEL DANZIG, Individually and on Behalf of All Other Stockholders of the AMASIA IMPORTING CORPORATION, Respondent, v. AMASIA IMPORTING CORPORATION and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

JOHN P. McDONOUGH, Respondent, v. ELNOR REALTY Co., INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

GEORGE ANDREWS, Respondent, v. FOLTIS-FISCHER, INC., Appellant, Impleaded with Others.— Order so far as appealed from affirmed, with ten dollars costs and disbursements, with leave to defendant, appellant, to serve an amended answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THOMAS WOODS WALKER, an Infant, by MARGARET B. WALKER, His Guardian ad Litem, Appellant, v. LISETTE A. SCHWORM, as Administratrix, etc., of ROBERT V. SCHWORM, Deceased, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

PRUDENCE BONDS CORPORATION, Plaintiff, v. MADO HOLDING CORPORATION and Others, Defendants. PHILIP J. DUNN, Receiver, Appellant; LIDZ BROS., INC., Tenant, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of EVE P. RADTKE, an Attorney.—Motion denied. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SAMUEL FALK, Respondent, v. THE SHERIFF OF NEW YORK COUNTY, or Any Other Person Having the Custody of WILLIAM F. DOYLE, Defendant. (JOINT LEGISLATIVE COMMITTEE, etc., Appellant.) *— Order affirmed. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ. [141 Misc. 141.]

120 FIFTH AVENUE CORPORATION v. THE J. L. MOTT IRON WORKS.— Motion

* Affd., 258 N. Y. 437.

to dismiss appeal denied. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of GERTRUDE MASON for an Order Directing ABRAHAM C. COHEN, an Attorney and Counselor at Law, to Turn over to Her the Sum of $1,285 Pursuant to His Agreement.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellant procure the record on appeal to be filed with notice of argument so that the appeal can be argued or submitted on the 22d day of January, 1932. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

E. H. GOLDSTEIN, INC., v. "JOHN" T. COSMAN, the Name "John" Being Fictitious, etc.— Application denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

HENRY MENKE v. JEAN AUBERT MORRIS.— Motion granted in so far as to stay entry of judgment pending determination by this court of appeal. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of JAMES E. CASHION against CHARLES A. HARNETT, Commissioner of Motor Vehicles of the State of New York.— Preference granted for January 5, 1932. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. SAM CYMBAL and ABRAHAM BIEDERMAN.— Motion granted on condition that defendant Abraham Biederman surrender himself in execution of the judgment of conviction. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ACME TEXTILES, INC. v. LIBERTY LACE & NETTING WORKS, INC.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

120 FIFTH AVENUE CORPORATION v. THE J. L. MOTT IRON WORKS.— Motion granted on condition that the appeal be argued or submitted on or before January 22, 1932. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. BERNARD K. MARCUS, SAUL SINGER and HERBERT SINGER, Impleaded, etc.— Motion granted, and the time of appellants in which to file the record on appeal and appellants' points extended to January 4, 1932, with notice of argument for January 19, 1932. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JAMES M. LLOYD, MICHAEL HIGGINS, JAMES GILLIGAN and JOHN MCCREEL.— Motion granted in so far as to extend the time of the appellants in which to file the record on appeal and appellants' points to and including February 1, 1932, with notice of argument for February 15, 1932. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

JOHN COHALAN v. GENERAL PICKLING AND FOOD PRODUCTS CORPORATION.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

RALEIGH W. DODSON v. JOSEPH C. HANDSHOE, Interpleaded and Substituted as Defendant in the Place and Stead of MUTUAL LIFE INSURANCE COMPANY OF NEW YORK.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant serve the proposed case on appeal on or before January 9, 1932, and that the appeal be promptly prosecuted. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.